
s

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOSEPH G. KLOTZ, | No. 2:25-cv-1273-CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER AND |
| T. MIRANDA, et al., | FINDINGS & RECOMMENDATIONS |
| Defendants. | |

    By order filed on August 29, 2025 (ECF No. 6), plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The time granted for plaintiff to file an amended complaint has expired and plaintiff has not filed an amended complaint, sought an extension of time to do so, or otherwise communicated with a court.

    Accordingly, IT IS ORDERED that the Clerk of the Court shall assign a district judge to this case.

    In addition, IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1  with the court and serve a copy on all parties. Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that
3  failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  Dated:  October 27, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, klot1273.fta

2